

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00809-CR

Juan Jose **GARZA** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Bandera County, Texas
Trial Court No. CR-12-063
Honorable Stephen B. Ables, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 19, 2013.

_Marialyn Barnard_
Marialyn Barnard, Justice